## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| MARINA RODRIGUEZ, ) | Case No. 3:12-cv-05425-RBL |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| CONVERGENT OUTSOURCING, INC.) | |
| f/k/a ER SOLUTIONS, INC., LVNV) | |
| FUNDING, LLC, AND RESURGENT) | |
| CAPITAL SERVICES, LP**,** ) | |
| ) | |
| Defendants. ) | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated this 5th day of October, 2012.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

Filed electronically on this 5th day of October, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 5th day of October, 2012 to:

Benjamin J. Stone
Veris Law Group PLLC
1809 Seventh Avenue, Suite 1400
Seattle WA 98101
E-Mail: ben@verislawgroup.com

By: s/Dana Patch
    Dana Patch

Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com