Hon. Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **MARINA RODRIGUEZ,** ) | Case No. 3:12-cv-05425-RBL |
| ) | |
| Plaintiff, ) | **STIPULATION TO DISMISS WITH** |
| ) | **PREJUDICE PURSUANT TO** |
| vs. ) | **SETTLEMENT** |
| ) | |
| **CONVERGENT OUTSOURCING,** ) | **NOTE ON MOTION CALENDAR:** |
| **INC. F/K/A ER SOLUTIONS, INC.,** ) | **November 30, 2012** |
| **LVNV FUNDING, LLC, AND** ) | |
| **RESURGENT CAPITAL SERVICES,** ) | |
| **LP,** ) | |
| Defendants. ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 30th day of November, 2012.

For Plaintiff, Marina Rodriguez          For All Defendants,

  s/ Jon N. Robbins                             s/ Benjamin J. Stone
Weisberg & Meyers, LLC                  Veris Law Group PLLC

1   STIPULATION FOR DISMISSAL

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Filed electronically on this 30th day of November, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 30th day of November, 2012 to:

Benjamin J. Stone
Veris Law Group PLLC
1809 Seventh Avenue, Suite 1400
Seattle WA 98101


By: s/ Lydia Bultemeyer
    Lydia Bultemeyer

2   STIPULATION FOR DISMISSAL

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com