**12-CV-05425-ORD**



FILED _____ LODGED
_____ RECEIVED

DEC - 6 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

### AT TACOMA

MARINA RODRIGUEZ,                ) Case No. 3:12-cv-05425-RBL
                                 )
Plaintiff,                       )
                                 )  **ORDER**
        vs.                      )
                                 )
CONVERGENT   OUTSOURCING,   INC.)
F/K/A  ER  SOLUTIONS,  INC., LVNV)
FUNDING,   LLC,   AND   RESURGENT)
CAPITAL SERVICES, LP,            )
                                 )
Defendants.                      )

        IT IS HEREBY ORDERED that the parties Stipulation for Dismissal with

Prejudice is hereby GRANTED.


        DATED this ___6ᵗʰ___ day of __December,__ 2012.



                                _____
                                Hon. Ronald B. Leighton
                                United States District Judge

1